IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KENDRICK L. HOLLINGSWORTH     PETITIONER

v.     No. 1:24CV20-GHD-RP

ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI     RESPONDENT

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 22nd day of September, 2025.

_____
SENIOR JUDGE