IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KENDRICK L. HOLLINGSWORTH**            **PETITIONER**

v.            No. 1:24CV20-GHD-RP

**ATTORNEY GENERAL OF THE**
**STATE OF MISSISSIPPI**            **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order has been issued in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254. The court has considered the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), and finds that *a certificate of appealability should not issue.*

For the reasons stated in the opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(1) and (2).

Specifically, the court finds, for the reasons set forth in its, memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed for failure to exhaust state remedies.

**SO ORDERED**, this, the 29 day of September, 2025.

_____
SENIOR JUDGE